FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

2008 NOV 10   PM 1: 42

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No.  2:08-cr-117-FtM-99SPC**

**JULIO CESAR FUNEZ**
**a/k/a Julio Suarez-Funez**

_____

### ACCEPTANCE OF GUILTY PLEA
### AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 20) entered November 6, 2008, to which the parties have waived the 10-day objection period, the plea of guilty of the defendant is now accepted and the defendant is adjudged guilty of Count(s) One of the Indictment.

**Sentencing is scheduled for February 2, 2009 at 1:30 p.m. before the undersigned.**

**DONE and ORDERED** at Fort Myers, Florida, this _____ day of November, 2008.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record